256 So.2d 289

**Mrs. Rochelle TEREBELO, wife of
Philip P. SPENCER**

v.

**Philip P. SPENCER.**

**No. 52035.**

Jan. 11, 1972.

In re: Philip P. Spencer applying for writ of certiorari.

Writ denied; relator's remedy was by appeal.

256 So.2d 289

**Leon LEVY**

v.

**Gene STELLY and Southern Pacific
Railroad Company.**

**No. 52036.**

Jan. 11, 1972.

In re: Leon Levy applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 254 So.2d 665.

Application denied; on the record before us, the result reached by the court of appeal is correct.